**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**ABRAHAM/RASHEEN GRANT/RAKIM**                                    **PLAINTIFF**
**ADC # 128147**

V.                   **CASE NO. 5:15CV00010BRW/BD**

**KENNEDY, et al.**                                                     **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.**     **Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to United States District Judge Billy Roy Wilson. You may file written objections to this Recommendation. If you file objections, they must be specific and must include the factual or legal basis for your objection. Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Wilson can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

**II.**     **Discussion:**

Plaintiff Abraham/Rasheen Grant/Rakim filed this lawsuit on January 12, 2015. (Docket entry #2) Mr. Grant/Rakim was ordered to pay the filing fee within 30 days of February 24, 2015. (#11) To date, he has failed to comply with the Court's February 24, 2015 Order, and the time for doing so has passed. The Court specifically cautioned Mr. Grant/Rakim that his claims could be dismissed if he failed to comply with the Court's

Order.  (#3)

### III.  Conclusion:

The Court recommends that Mr. Grant/Rakim's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's February 24, 2015 Order.

DATED this 16th day of June, 2015.

_____
UNITED STATES MAGISTRATE JUDGE