IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ABRAHAM/RASHEEN GRANT/RAKIM**  **PLAINTIFF**
**ADC # 128147**

**V.**           **CASE NO. 5:15CV00010BRW/BD**

**KENNEDY,** *et al.*              **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections, and the time for doing so has passed. After careful review of the Recommendation, the Court approves and adopts it as this Court's findings in all respects.

Mr. Grant/Rakim's claims are DISMISSED, without prejudice.

IT IS SO ORDERED, this 10th day of July, 2015.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE