**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**ABRAHAM/RASHEEN GRANT/RAKIM**                                               **PLAINTIFF**
**ADC # 128147**

**V.**                 **CASE NO. 5:15CV00010BRW/BD**

**KENNEDY,** *et al.*                                                             **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered on this day, this case is DISMISSED. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED, this 10th day of July, 2015.

                                                                           /s/ Billy Roy Wilson
                                                                    UNITED STATES DISTRICT JUDGE